minor children
S.G.O
E.L.O

Robert Vance Cornell Jr.
[C.L.C]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Bruce Clement Pennington Jr,

Vanessa Kay Oller,

Robert Vance Cornell Jr,
~~for~~ Leon Oller,

(Enter above the full name of the Plaintiff(s)

vs.   Kansas University Medical

Center Research Institute, Inc
Name
1010 N Kansas Ave
Street and number
Wichita          Kansas
City          State          ZipCode

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**FILED**
U.S. District Court
District of Kansas

JUN 22 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

**FILED**
U.S. District Court.
District of Kansas

'JUL 28 2017

Clerk, U.S. District Court
By _____ Deputy Clerk

Case Number 6:17-cv-01152-EFM-KGG

## CIVIL COMPLAINT

I.     Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.     Name of plaintiff Bruce Clement Pennington Jr.

Address C/O Sedgwick County Detention Facility

141. W. Elm Wichita, Ks 67203

1

Plaintiff 2. Vanessa Kay Oller

C/o Kay County Jail, 1101 West Dry Rd. Newkirk Ok. 74647

Plaintiff 3. S_____ G_____ O_____ "infant child" 4. E.L.O. Minor Child
Police Protective Custody
C/o Larry Oller  Harper Kansas          5. C.L.C. Minor

Plaintiff 4. Robert Vance Cornell Jr.

General Delivery Hilo, Hawaii

Plaintiff 5. Alternative Plumbing Heating and Air Inc.

C/o Bruce Clement Pennington Jr, "C.E.O"
Plaintiff 6. E. Leon Oller

## Defendants

Medtronic Public
2. Limited Company, AKa, Xomedi, aKa. The Medtronic Bio Initiative, AKa.
Health Trust Purchasing Group, L.P.

3. Dr. Bernadette Gray-Little
KUMCRI, official and individual
capacity

4. Dr. Barbara Atkinson
KUMCRI

5. Dr. Paul Tarranova
KUMCRI

6. Dr. Gerald Carlson
KUMCRI

7. Dr. Bruce Hagenbuch
KUMCRI

8. Dr. Gregory Kopf
KUMCRI

9. Dr. Steven Stites
KUMCRI

10. Dr. Hartmut Jaeschke
KUMCRI

11. Dr. Cody Tully
KUMCRI

12. Robert Klein
KUMCRI

13. Alan Rawitch
KUMCRI

14. Dr. Douglas Girod
KUMCRI

15. Anthony F. Rupp
KUMCRI

16. Tara S. Eberline
KUMCRI

17. Dr. Jeffery S. Vitter
KUMCRI

18. Dr. Steven S. Warren
KUMCRI

19. Dr. Joseph A. Heppert
KUMCRI

Defendants 3-24 are all being sued in their individual
and official capacities at KUMCRI inc.

20. Helen Renaud
Kumari
21. Julia Cui
Kumari
22. Ivan Csnaksy
Kumari
23. Jerry Jie Lion
Kumari
24. Edugie Ekuase
Kumari
25. Donna Geiger
Wichita Ks.
26. Dr. Curtis Klaassen
KUMGRI "Former Research PI."
27. Dr. Bruce Albright
Hutchison Kansas,
28. Wesely Hospital
Wichita Kansas
29. Dr. Caroll
Padiatric Doctor
30. Via Christi Medical center
St. Francis Wichita Kansas
31. Dr. Bryant
PET/Cat scan Truck at Via Christi
Wichita Kansas
32. Wichita State University NIAR
Radio Broadcast program and agents

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.   Defendant _Dr. Bernadette Gray-Little_ is employed at _Kansas University Medical Center Research Institute, inc. as Chancellor_

C.   Additional Defendants _Dr. Bruce Albright, Cranial facial surgeon", et Al Defendants_

II.   Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.   Plaintiff is a citizen of the State of _Colorado_ .

2.   The first-named defendant above is either

   a.   a citizen of the State of _Kansas_ ; or

   b.   a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a.   a citizen of the State of _Kansas_ ; or

   b.   a corporation incorporated under the laws of the State of _Kansas_ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

_____

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

_See attached Claim_

_Paragraphs 8-19_

_____

_____

_____

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

In The United States District Court
For the District of Kansas

Plaintiff's; Bruce Clement Pannington,
Vanessa Kay Oller, ~~S~~ ~~G~~ ~~O~~,
Robert Vance Cornall Jr,
~~C~~ ~~L~~ ~~C~~,                    case Number _____
~~E~~ ~~L~~ ~~O~~,

Complaint:

I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. section 1981, 1982, 1983 ~~1985~~ to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C section 1331 and 1343(a)(3) Plaintiffs seek declatory relief persuant to 28 U.S.C. section 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The District of Kansas is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim first began and now continue to occure and are based.

## II. Plaintiffs

3. Plaintiffs Bruce Clement Pennington Jr. and Vanessa Kay Oller as well as the infant child S▇▇. G▇▇ O▇▇ was, have been intermittanly and are in police custody in the State of Kansas and Oklahoma. Bruce Clement Pennington Jr. is currently confined in the Sedgewick County Detention Facility in Wichita Kansas and has been confined in both the Butler county Kansas jail and the summer county jail. Vanessa Kay Oller is confined currently in the Kay County Oklahoma jail and has been confined in both the Sedgewick County Detention Facility, Wichita Kansas and the Butler County Jail, Eldorado Kansas. S▇▇ G▇▇ O▇▇ was and is in Police Protective Custody in Harper County Kansas and as she is an infant child is housed with her Maternal great Grand Parent Larry Oller in Harper Kansas.

## III Defendants

4. Defendant Dr. Bernadette Gray-Little is the Chancellor of Kansas University Medical Center Research. She is legally responsible for the overall operation of the Medical Centers Research and each Science under it's jurisdiction including Human Research, The Obama Brain Iniative, The Medtronic Bio Initiative, a

Project started By Dr Christian Leuchner
called rewiring the adictive Brain using
Deep Brain Stimulation, as well as other
Human neurological studies and Biological
tellemetry monitoring research.

5. Defendant, Dr. Gregory Kopf is the Associate
Vise Chancelor of KUMC Research
Administration and the Executive Director
of Kansas University Medical Center
Research Institute Inc. and is Responsible
for the Actions of his P.I.'s, COV's and Grad Students.

6. DefendantaPaul Taranova is the Vise
Chanceller of Research at KUMC
and shares responsibility for the
actions of KUMC's P.I.'s, COI's and
Grad Students as well as those employed
by KUMCRI inc

7. Defendant, Dr. Bruce Albright of
Hutchison, Kansas is a Lisenced Cranial
Facial Surgeon in the state of Kansas
and is Required by Law and Oath to
Obtain Consent before treating a
patient or performing surgery on a
person.
                Et AL. Defendants

7. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each Defendant acted under color of state law.

## IV Facts

8. Dr. Bruce Albright met me on January 30th 2015 over a dispute of $2,500ᵘᵈ that he claimed I owed him along with an invoice he demanded from a corporation I was CEO of "Alternative Plumbing Heating and Air inc." When I informed Dr. Albright that I knew he had already recieved his refund through my Merchant Services provider, Dr. Albright became agitated and began uttering threats at me and my family and he began insulting me.

This took place in Wichita Kansas in the parking lot of the Midian Shriners Building, the time was 8:15 pm when we first started talking.

Before I got fed up with Dr. Bruce Albrights verbal abuse and drove away, Dr. Albright told me I had "pissed off the wrong Surgeon" Dr. Bruce Albright said He had "Powerful friends" and that he would "sell" me and my "Damned" family into "Slavery"

and take all that I owned including
my woman. Unless I paid him $100,000 ,
I thought Dr. Bruce Albright was
crazy and said so, then I left.

9. On Febuary 18th 2015 at 1:00 pm
a mutual aquaintance of mine and
Dr. Bruce Albrights, Dr. Tony Wilbeck
"whom use to be a tennant of mine renting
office space at 201 North St. Francis Wichita
Kansas" approached me at my home at
1334 North Market Street Wichita
Kansas, Dr. Wilbeck said he was their
to negotiate on behalf of Dr. Bruce
Albright and offer me a chance to
either "be driven insane or "make
Millions". I told Dr. Tony Wilbeck that
nothing either him or Dr. Bruce Albright
could do would drive me "insane" and
he just smiled and said They could
have their research friends stick devices
in me and anyone I loved and that I
and my woman would end up dead
or in an Institution. By this time I
was getting pretty mad and Dr. Tony
Wilbeck became aware of this, he backed
off verbally and told me things did

not have to go that route.
Dr. Wilbeck said That I could invest
with him and Dr. Bruce Albright in a
KUMC research study becoming a
private Sponsor and we could get rich
and he could guarantee I would get
any woman I wanted. I asked Dr. Tony
Wilbeck what the Heck that was
supposed to mean and he kind of just
shrugged and said are you in or out?
I said I think you and Bruce Albright
are insane and so are your Kansas
University friends.
Dr. Tony Wilbeck said think about it $100,000.00
to make Millions. I Told him to get out.

10. The Defendants deprived the Plaintiffs
of their liberty by abducting Plaintiffs
Bruce Clement Pennington Jr.,
Vanessa Kay Oller "whom was pregnant at the
time with ~~Scott   Garrison   Oller~~
Charles Lee Cornell Jr. and Robert Vance Cornell Jr.
from their Home at 1334 N. Market Street
Wichita Kansas on June 30th 2015.
At about 12:30 am, several men in
KUMC scrubs and several in firefighters
uniforms invaded our home while

we the Plaintiffs where sleeping,
Plaintiff Bruce Pennington awoke and
tried to resist just as a hypodermic
needle was injected into his right
arm. The effect was almost imediate
and Bruce Pennington remembers only
passing out then awakening only once
to the face and voice of D.Bruce Albright
saying "Christ he's waking up, Put him back
under, your going to get us killed".

11, Plaintiff Vanessa Kay Oller woke up
in Andover Kansas at her mothers house
that was vacant her Son E█ O███ was
also there and her Brother Michael Oller
was also there. E█ O████ was having
trouble talking normally and did not
recognize his own mother so she had
Michael drive them to the hospital
where firefighters took her son from
her and delivered E█ O██ to his
paternal Grandmother Leslie Wisemans
Home. This was done without Vanessas consent,
and caused the Plaintiff's Vanessa Kay Oller and
E█ L████ O███ great Psychological trauma,
stress and anxiety that has not gone away.
This stress also put Plaintiff S███ G███ O███

in danger as she was still in her mother Vanessa Kay Oller's womb and this stress and anxiety caused directly by the actions of Dr. Bruce Albright, Dr. Tony Wilbeck, The KUMC and K.U.M.C.R.I. inc / Medtronic research staff put all the Plaintiffs lives at risk. While we refer to these actions as surgeries and illegal research, we the plaintiffs consider the actions of the Defendants to be Assaut with deadly weapons, Rape, Terrorism, torture and trafficing in Human Flesh.

12. Plaintiffs Bruce C Pennington Jr, C̶̶̶̶ L̶ C̶̶̶̶ Jr. and Robert Vance Cornell Jr. awoke at the family home at 1334 N. Market St. Wichita Kansas. The plaintiffs home had been robbed and Plaintiff Bruce Pennington's wallet had been emptied of its contents, his Id, Social security card, USAA Debit Master card, $800⁰⁰ cash, his E.P.A. refrigeration handelers card, his son S̶̶B̶̶̶̶P̶̶̶̶ Social Security Card and Birth Certificates for, J̶̶̶̶B.P C.L.C̶̶̶̶ and Bruce where all missing. $20,000⁰⁰ had been withdrawn or charged to Bruce Penningtons account and his

Vanessa K. Ollers, ██████ ████ ████ Jr's
cell phoners where all stollen.
Plaintiff Vanessa Kay Oller's Purse with all her
Identifying Information and her full $1,200ºº
in cash from her pay check where all
stollen as well.
    Every electronia, Tellevision, computer and
over $100,000ºº in tools where also stollen.
All titles to our 10 vehicles worth over $100,000
where stollen, the Keys for these vehicles
all had the spare sets stollen.
    All of Alternative Plumbing Heating and
Airs invoices, checks and customer
payment information was stollen as well
as all equiptment, I backhoe, a new
Deep Rock M 50 well Drilling machine
with 100' of Drill pipe, a Hydraullic flow
generator for the Drilling machine,
a Honda Gas powered water pump and
a Case 360 Trencher and around $90,000ºº in
other tools and equiptment.

13.  Plaintiffs have suffered daily since
their abductions being made to live in
fear for their lives Despite legislation
in the state of Colorado The state of residence
of the Plaintiffs Bruce Pennington, Vanessa Oller,

S███ GO██ and C████ l██ C████ Jr. protecting against Implanting Electronics in Humans without consent, and legislation in 22 other states, These KUMC, KUMCRI inc. and Medtronic Researchers have persisted in their terroristic stalking and sabotaging of the Plaintiffs family and lives, blaitently committing larceny, Theft and Raqueteering along with Terroristic acts of Rape and assault against the Plaintiffs.

Upon Information and belief, Plaintiffs have found that the KUMC/KUMCRIinc. P.I.'s CoIs and Grad students have been Working with Medtronic inc. on a series of Research studies called the Medtronic Bio Initiative, the Obama Brain Initiative, Christian Leuchners Rewiring the Adictive Brain using Deep Brain Stimutation, Remote Bio Tellemitry and Brain mapping and several similar studies involving manipulation and altering of the human mind using frequency based and milla amp stimulation of the Human Brain. These are the Chronic research studies being practiced and taught by the Defendants on unwilling

and many times, unaware victims, including the Plaintiffs.

Every one of these Chronic research programs have been made public knowledge, however the fact that the studies are covert in nature and perpatrated against United States Citizens without any form of Consent or Information being given prior to the onset of the civil and Constitutional rights violations and State and Federal laws being broken in the supposed name of Medical Research and Scientific Investigation, is not made public knowledge. Plaintiffs are all Christian by Faith and Catholic and it's against our religion to recieve the mark of the Beast or anything that could be construde as such and these Doctors, Researchers, and Grad Students have made sure to let the Plaintiffs know that all of our rights have been or will be violated by them chronicly.

14. Defendants Dr. Bryant, Dr. Willson and other Via Christi St Francis employees have aided in this Malpractice By accepting

cash payment for Medical / Radialogical
services and then providing falsified and
tampered with results to Plaintiffs Doctors
including the Plaintiff's Family physican
in Wichita Kansas Dr. Paul Wilhelm of
Lakepoint Family physisians.
Plaintiff Bruce Clement Pennington Jr.
Underwent a Ct Scan, an MRI, and
a P.E.T Scan over Ct Scan at Via Christi
St. Francis and their micro surgery
center and was given either no
access to the results nor to his full
un-edided medical records which he has
legally requested and paid for.

14. The Plaintiffs have various medical
Tellemetric and neurologil prosthetic Devices
implanted in them by Dr. Bruce Albright
and his KU.MC./KU.MC.RI inc Associate's
via unauthorized / illegal surgeries.
These devices are manufactured by
medtronic or a generic equivilent, and many
of them Communicate via a 200 mhz
frequency range radio broadcast
24 hours a day 7 days a week personal
Data about the Plaintiffs lives even at
the most intimate of times violating

every Privacy law in the United states
and every anti Stalking law in exhistance.
Including the Plaintiffs rights to
Privacy and their right to be free from
Torture. Example "Electronic Communications Privacy Act.
Pub.L 99-508, 100 Stat. 1848   1848-73 (1986)   18 U.S.C § 2510   18 U.S.C §§ 2701
                                                              18 U.S.C §§ 3121 al 5etc.

15. A full list of the Products used
to inflict physical and psychological injury
on the Plaintiffs can only be provided
by an un-edited discovery that has
not been encrypted, encoded or
tampered with before we have access to
it, or by a qualified surgeon of
impecable integrity willing to remove these
implants.
          However we do Know that the
Plaintiffs have without consent or need
been implanted with cochlear electrodes,
electrodes for Brain mapping and stimulation,
electrodes for prolonged monitoring of Laryngeal
electromyographic signals from the trachea,
vocal cords and tongue, conductive wires
and ink electrode plates, Implanted Activa
pulse Generators Activa system,
Deep Brain stimulator - Ventral Tagmental
Area Targeted Electrode, and a form of
remote accessible micro patient Programmer

The presence of these Medtronic Products in the Plaintiffs is undeniable. The Plaintiffs have hired the best qualified Investigators that could be found and have gone from Wichita across this country by vehicle all the way to Columbia Investigations in Columbia Missouri for untampered with Bio scans and frequency verifications to guarantee that the Plaintiffs bring suit against the appropriate perpitractors of these crimes and Human rights violations.

While in Missouri the plaintiffs should have been protected by the State of Missouri's Legislation against Electronic Harrassment and microchipping, however the Defendants continued causing Injury and pain throughout the trip using over stimulation of the Cochlear electrodes to induce pain, facial twitching and an audiable communication with a tanitus effect.

This Report from Melinda Kidder of Columbia Investigations is in safe Keeping with my criminal Defense attorney Mark A. Orr and will be provided to the court as soon as Plaintiff Bruce Pennington has Contact with Wichita Attorney Mark Orr.

16. The Defendants continued stalking the Plaintiffs across country to the Plaintiffs residence in Colorado Springs Colorado using mental manipulation and medical radio communication to attempt to induce psychosis and perminent harm Plaintiff Bruce Pennington visited world renound (Pikes Peak test labrotary's) and had a Qualified Scientific Engineer check for frequencies coming from the radio device in his body and they found a 182.2 mha signal and agreed to do full labrotory analysis and Id. upon surgical removal of the Products "From KUMC, KUMCRI Inc. and Medtronic" out of the living Bodies of all the Plaintiffs,

17. The Defendants from KUMCRI Inc. continued this Torture and manipulation of the Plaintiffs accross Utah, Nevada and Into California Stalking the Plaintiffs and hurting them using implanted Radio controlled Medtronic Bio Inititative Products.

Dr. Hildgard Steingarner of Intigrated Health Systems in California Consulted with the Plaintiffs and after reviewing

medical Biological and Radiological scans of the Plaintiffs gave a referal to a surgeon in Atlanta Georgia who agreed to remove the implanted Medtronic products and electrodes.

18. The Plaintiffs contacted Clinical Psychiatrist Kathrine Meadows from California who can attest to the Plaintiffs mental stability and constant contact that was maintained with her by phone through out the constant attacks by the self Proclaimed Neurological Engineers from KUMCRI incd/MedTronic's research Team.

19. The Plaintiffs are incarsarated due to lies and manipulation and Retaliation of the Defendants and their Associates or people the Defendants have influence over.
The Plaintiffs have exhausted their finances trying to fight the constant harrassment and proouling the Bio Electronic Terrorism that has taken place. The Plaintiffs

over →

Used the services of Wesely Hospital
on Central and Hillside when
Bruce C. Pennington者 and Vanessa K.
Ollers Daughter S▓▓▓ G▓▓ O▓▓
was Born. K.U.M.C. R.N.inc and KUMC
interns where present and continued
to Harrass us During and after our
Daughters Birth. With no provocation
the Nurse interupted our familys
first moments together forcing
Vanessa Kay Oller into a Room
with no outside contact for 3 days
and making Plaintiff Bruce Pennington3.
leave the Hospital at Gun point by
3 armed security guards denying
Vanessas pleas to let him stay.
The guard claimed the nurse said
she felt scared for her life.
Vanessa and Bruce Pennington gave her
no reason to feel fear so others must
have motivated her.
When Vanessa Oller and Plaintiff
S▓▓▓ G O▓▓ where released 3 days later
there was a small protrusion on the
left center of S▓▓▓▓G.O.otherwise
perfect head, that she was not
Born with.

Plaintiff's Bruce C. Pennington Jr.,
Vanessa Kay Oller and S——— G———— O——
all Had their Rights violated By
Wesely Medical center on that day,
whether as part of KUMCRI's research
corruption or some other reason
Vanessa Kay Oller and S——— G——— O——
where detained against their will
and Cut off from all friends and
family causing Psychologil pain and
duriess for Bruce Pennington and
Vanessas family as well as Vanessa,
This also Violated Bruce Penningtons
rights as a father.

## V EXHAUSTION OF ADMINISTRATIVE REMEDIES

See Id. § 289 b(a)(2), (b)-(e)

835 F3d 170

20. The ORI appears to be the orgaization
with Jurisdiction over the Medical
Research Community and the ORI is
not equipt for Corruption at the
facility level. The entire two tiered
system the ORI uses is Based on

an expected level of integrity at the Research Facility in question and for many years KUMC and KUMCRI inc have demonstrated a lack of integrity and a propensity for Monitary Corruption and Bullying tactics at the very least see civil case No.13-CV-2561 DDC-KGS for a valid example of why the Institutions in question may not be Trusted to preform an internal investigation of research Malpractice and Misconduct. Be that as it may the Plaintiffs in good faith did file or make proper attempts to file the proper Administrative complaints and due to the extreme, unusual and criminal nature of these complaints did follow all other available avenues of reporting the numerous crimes perpatraited upon the Plaintiffs in the last 2 years,

"There is a recognized Government intrest in the health and safety, the integrity of research and the conservation of public funds" 42 C.F.R. § 93.100 (a)

## VI Legal Claims

21. Plaintiffs reallege and incorporate by reference paragraphs 1-20

### aggrivated assault

22. The aggrivated assault, use of surgical tools against the plaintiffs durring commission of assaut surgical tools including scalpals and surgical knives being deadly weapons

### Aggrivated Kidnapping

23 Defendants and authorized agents of the defendants committed the act of kidnapping displaying a deadly weapon "Hypodermic needle during commision of the act and did use said weapon on the plaintiffs.

### Aggrivated robbery

24. Defendant and authorized agents of the defendants committed robbery displaying and using Hypodermic needle's with clear Drug or liquid to incapacitate the plaintiffs.

### Torture

25. The Defendants Have tortured Cochlear electrodes and neural electrodes and avanta systems.

on Plaintiffs for two years and continue
to do so daily in violation of the
Plaintiffs. Civil rights and their Constitutional
and Internationally accepted Human
rights to be free from Torture
see sec2. Findings of Congress from The Torture
Victims Relief ACT of 1998
also see U.S.C sec 2340(1) Title 18
also see United States Statues Title 42 ch.21 PL115-30
§ 2000dd. Prohibition on cruel, inhumane, or
degrading treatment or punishment under
custody or control of the United States
Goverment

### Violation of E.C.P.A

26. Defendants Violated the Plaintiffs
rights to privacy guaranteed to the
plaintiffs under the Electronic Communications
Privacy Act. E.C.P.A. Pub L. 99-508 id, Title I
Prohibits the Intentional actual or attempted
interception, use, disclosure, or procurement
of any other person "to interceept wire, oral, or
electronic transmissions.
18 U.S.C §§ 2510-22
These violations continue Daily

## Theft of Intellectual Property

27.

Defendants have stollen the Remote EEG's of the Plaintiffs using a form of medical tellemetry for the purpose of monitary gain through Medical research. An EEG is a Brain scan or way of Brain mapping using method and apparatus for reading Brain waves. Brain waves are thoughts and a form of intellectual property. Such methods and apparati are demonstraited by the Genesis Program and by use of the U.S. Air force patented Pegasus manufactured C.S.A.R device.

## Violation of Right to Equality

28.

Defendants showed prejudice in selecting the Plaintiffs by claiming in writing on KUMC's, KUMCRI Inc.'s and the University of Kansas's Websites that no informed consent is necessary on any person they decide is a Drug addict, or Mentally ill, or Mentally Handicapped this information is listed under Human research prospect application Guidelines

## Violation of Religous Rights

29.

Defendants violated the Plaintiffs Right to freedom of Religion and to be free from Religous Persecution. Daily the P.I., CoI and Grad students involved in this terroristic Chronic research, broadcast Blasfemy and the presence of these implants violates the Plaintiffs Religous Beliefs.

30. The Plaintiffs have no plain, adequate or complete remedy at law to redress the wrong's described herein. Plaintiffs have been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declatory and injunctive relief which plaintiffs seek.

## VII Prayer For Relief

WHEREFORE, Plaintiffs respectfully pray that this court enter judgement granting Plaintiffs!

31. A declaration that the acts and omissions described herein violated the Plaintiffs rights

under the Constitution and laws of the
United States.

32. A peliminary and permanent injunction
ordering Defendants K.U.M.C.R.I inc,
K.U.MC. , Medtronic Dr.Bruce Albright,
Dr Tony Wilbeck Et Al Defendants, affiliates,
representatives and Agents there of be
ordered to stop all research studies,
Harrassment, interferance, Harm, and
attempts at controlling or altering the
lives or thoughts or habits of the
Plaintiffs. The Plaintiffs want all
contact from The afore mentioned parties
electronic or other wise to cees and
decist with prejudice and that all
research involving the Plaintiffs be
given over to the Plaintiffs as their
Personal and Intellectual property and
all inventions tested or developed
by this research be given over to
the Plaintiffs as their property
including Patents both pending and
approved.



33. Compensatory damages in the amount of $2,000,000⁰⁰ against each defendant jointly and severally.

34. Punative damages in the amount of $500,000,000⁰⁰ against each defendant "Presidence for this judgement request is based on the closest legislation Plaintiffs could find out of the state of Wisconsin mandating $10000⁰⁰ per day per device implanted in a Human body with out that Bodys consent"

35. Plaintiffs cost in this suit

36. Any additional relief this court deems just, proper and equitable

Dated: 06/19/2017      signed Bruce C. Pennington Jr.
Plaintiffs: Bruce Clement Pennington Jr.,
Vanessa Kay Oller,
Sophia Grace Oller "minor"
Robert Vance Cornell Jr.
Charles Lee Cornell Jr. "minor"
Eli Leon Oller "minor"

# Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at
Wichita Kansas on 06/19/2017

Bruce Clement Pennington Jr.
Bruce Clement Pennington Jr.

Plaintiffs request a TRO and compensation for loss of Business, deprived freedom, Psychological/mental durress, Pain and Suffering, and Violation of Parental rights,

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint? Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

A constant Broadcast in the 1822 to 200 mhz frequency range is used to maintain medical tellemetry with the Medtronic products this causes pain, tumor growth and cognitive impairment. We ask $100,000 per Plaintiff to pay for removal of the Bio initiative products, for a total of $500,000 also ask That Defendant's pay all legal cost and attys We ask $1,000,000 for lost work and to replace the stolen Equiptment, Vans, Tools for Alternative Plumbing Heating and Air Inc. We ask $500,000 to replace Homes and property stolen as well as clothing, furnishings vehicles and Jewelery, Plaintiffs ask $500,000,000 in punitive damages, It is not possible to recover all that has been harmed by 4 the defendants Actions we pray the court grant Relief,

VIII. Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Sept 15, 2015, Oct 7, 2015 sought intervention from the NIH  Dec 2 2015 Talked to Nih Rep M, Collins, was Told needed Pl. name cont on p8 5a1

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Bruce Clement Pennington Jr.
Name (Print or Type)

141 W. Elm.
Address

5

## 5-1   VIII   Administrative Procedures

Plaintiffs contacted Medtronics directly on 10-26-16 and Medtronics attempted to register the plaintiffs property into the Bio-Initiative project without compensation and plaintiffs declined to agree to a retro active informed consent.

Sought further intervention from W.P.D., F.B.I., Wichita Mayors office, Homeland Security, Campus Police, Army C.I.D., Counter Terrorism Unit and the United States Marshall office.

Plaintiffs have also tried contacting KUMC multiple times and have been treated rudely and hung up on.

_Wichita   Kansas   67202_

City        State        Zip Code

_____

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [X] Wichita,   [ ] Kansas City , or   [ ] Topeka} , Kansas as the
                                  (Select One)

location for the trial in this matter.

_Bruce C. Pasterford_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { [ ] Yes or [X] No }
                            (Select One)

_Bruce C. Pasterford_
Signature of Plaintiff

Dated: _06/19/17_
(Rev. 10/15)

6

Inmate Bruce Pennington
Sedgwick County Detention Facility
141 West Elm
Wichita, KS 67203





RECEIVED
JUL 28 2017
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

Clerk UNITED STATES District Court
Room 204
401 N. Market St.
Wichita Kansas 67202-2016