## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

BRUCE CLEMENT PENNINGTON, JR,

        *Plaintiff,*

vs.

        Case No. 17-1152-EFM

KANSAS UNIVERSITY MEDICAL
CENTER RESEARCH INSTITUTE,
INC., *et al,*

        *Defendants.*

## ORDER

This matter is before the Court on Magistrate Judge Kenneth G. Gale's Report and Recommendation, filed on July 31, 2017 at Doc. 10, that certain claims and defendants be dismissed from this case.

The Report and Recommendation was mailed to Plaintiff via certified mail. The certified mail receipt demonstrates that Plaintiff received the Report and Recommendation on August 1, 2017. Plaintiff was advised he was to file written objections to the proposed recommendation within fourteen (14) days after service of the recommendation. The date for filing objections has passed and no objections have been filed, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.

**IT IS THEREFORE ORDERED**, that this Court adopts the Report and Recommendation in its entirety and certain claims and defendants are dismissed from the case.

**IT IS SO ORDERED.**

Dated this 23rd day of August, 2017 in Wichita, Kansas.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE